LAW OFFICES
ROBERT S. LEWIS P.C.
ATTORNEYS AND COUNSELORS AT LAW
53 BURD STREET
NYACK, NEW YORK 10960

-------

ROBERT.LEWLAW1@GMAIL.COM
(845) 358-7100
FAX (845) 262-6849

August 23, 2023

**LETTER MOTION**

VIA ECF

Hon. Philip M. Halpern, U.S.D.J.
Hon. Charles L. Brieant Jr.
Federal Building and Courthouse
300 Quarropas Street
White Plains, New York 10601

Re:   *William M. Mattei and Tracy Mattei*
      *7:23-CV-06093 (PMH)*
      *[USBC-SDNY 21-B-22130 (LGB)]*

> Application granted. The time for Appellant to file the opening brief is extended to 9/8/2023; Appellee's brief shall be filed by 10/9/2023; and Appellant's reply brief, if any, shall be filed by 10/23/2023.
>
> SO ORDERED.
>
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>        August 23, 2023

Dear Judge Halpern:

I am the attorney for the Appellants in the above referenced appeal. This is an appeal from an Order of the U.S. Bankruptcy Court, Southern District of New York.

Pursuant to the Bankruptcy Appeal Scheduling Order issued by this Court on July 26, 2023, Appellants' Opening Brief is due on August 25, 2023; The Opening Brief of Appellee (which has yet to enter an appearance herein) is due on or before September 24, 2023; and Appellant's Reply Brief is due on or before October 9, 2023.

Although my Brief is close to completion, I am a solo practitioner and as naturally occurs in my practice, other matters occasionally interfere with the task of drafting this important Brief. For that reason I am requesting an additional 14 days until September 8, 2023, to file Appellants' Opening Brief.

No previous request for an extension of time has been made. No attorney has yet appeared for the Appellee on this appeal, and, therefore, I am unable to seek consent for this extension.

Thank you for your courtesies.

Most respectfully,

ROBERT S. LEWIS ESQ.

RSL:lmt