**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
In re:

WILLIAM M. MATTEI and TRACY MATTEI,

                Debtors.
-----------------------------------------------------------------X
BRENDA WILEY AS ADMINISTRATOR C.T.A.
OF THE ESTATE OF JEFFREY KEAHON a/k/a
HAROLD JEFFREY KEAHON,

                Plaintiff/Appellee,          23 **CIVIL** 6093 (PMH)

    -against-                                            **JUDGMENT**

WILLIAM M. MATTEI and TRACY MATTEI,

                Defendants/Appellants.
-----------------------------------------------------------------X

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated April 12, 2024, Appellants' appeal of the Bankruptcy Court's denial of their discharge pursuant to Section 727(a)(4)(A) is denied. The Court affirms the rulings of the Bankruptcy Court in all respects.

**Dated:** New York, New York
        April 12, 2024

                                                  **RUBY J. KRAJICK**
                                                       **Clerk of Court**

                          **BY:**
                                                       **Deputy Clerk**